Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MELINDA MASTEN

FILED
MAR 10 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MELINDA MASTEN, | Case No.: C11-01198 |
| Plaintiff, | COMPLAINT AND DEMAND FOR JURY TRIAL |
| v. | (Unlawful Debt Collection Practices) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

### VERIFIED COMPLAINT

Plaintiff, MELINDA MASTEN (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Hoopa, Humboldt County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Norfolk, Virginia.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Providian / Hilco, with an account number ending in 8422.

12. Plaintiff's debt owed to Providian / Hilco arises from transactions for personal, family, and household purposes.

13. On September 8, 2008, Plaintiff's counsel faxed a cease and desist and a notice of

representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

14. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after September 8, 2008, in an attempt to collect a debt (Defendant's letter to Plaintiff dated January 11, 2011, is attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(a)(2) of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b. Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, MELINDA MASTEN, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

18. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the §1788.14(c) of the RFDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

PLAINTIFF'S COMPLAINT

b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, MELINDA MASTEN, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

21. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

23. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MELINDA MASTEN, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: March 7, 2011

KROHN & MOSS, LTD.

By: *[signature]*

Michael S. Agruss
Attorney for Plaintiff,
MELINDA MASTEN

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, MELINDA MASTEN, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MELINDA MASTEN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: March 4, 2011

_____
MELINDA MASTEN

[BY FAX]

# EXHIBIT A

## Debt Counsel for Seniors & the Disabled

# DCSD

8 September 2008

BY FAX ONLY: 757-224-4223
Page 1 of 2

Collections Manager
Portfolio Recovery Associates, LLC
PO BOX 12914
Norfolk, VA 23541

MS. WRIGHT

Re:  **Melinda Masten**
     Your file or reference No.: Providian: ████████8422
     Our file No.:  2372

Dear General Counsel or Compliance Officer:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests validation of it in accordance with **15 U.S.C. § 1692g**  Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a **cease and desist order** signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Very truly yours,

*[signature]*

Jerome S. Lamet, Supervising Attorney
Debt Counsel for the Seniors and the Disabled
Cc:  Melinda Masten

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

```
TRANSMISSION VERIFICATION REPORT

                                           TIME    : 09/08/2008 14:18
                                           NAME    :
                                           FAX     :
                                           TEL     :
                                           SER.#   : BROH5J329249


DATE,TIME              09/08  14:17
FAX NO./NAME           17572244223
DURATION               00:00:31
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

## *Debt Counsel for Seniors & the Disabled*

# DCSD

BY FAX ONLY: 757-224-4223
Page 1 of 2

8 September 2008

MS WRIGHT

Collections Manager
Portfolio Recovery Associates, LLC
PO BOX 12914
Norfolk, VA 23541

Re:   Melinda Masten
      Your file or reference No.: Providian:_____8422
      Our file No.: 2372

Dear General Counsel or Compliance Officer:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby disputes the above-referenced alleged debt and requests validation of it in accordance with 15 U.S.C. § 1692g. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must cease contacting them according to §§ 1692c(a)(2) AND 1692c(c) of the Fair Debt Collection Practices Act, since this letter not only serves as notice of our representation of this client but also contains a cease and desist order signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

0002372;Masten;07/23/2008

# **EXHIBIT B**


Portfolio Recovery Associates, LLC.
We're giving debt collection a good name.

January 11, 2011

HILCO
PRA Account/Reference No: ●●●●●●●●●●422
BALANCE: $4,153.69

## AFFORDABLE OPTIONS TO RESOLVE THIS ACCOUNT!

Sometimes difficult situations arise that can cause financial hardship. We want to help you resolve your account, and have developed three affordable options for you to pay off this account.

| Single Payment Option: | 6 Month Payment Plan: | Balance in Full Payment Plan: |
|---|---|---|
| • Take $1,658.69 off the balance. <br> • Pay $2,495.00 no later than 02/25/2011 <br> • Your account will be considered "Settled in Full" after we post your payment. <br> • If you satisfy the terms of this settlement offer, no further interest will be charged to you. | • Take $1,453.69 off the balance. <br> • Pay over 6 equal monthly installments of $450.00 <br> • First payment due no later than 02/25/2011 <br> • Your account will be considered "Settled in Full" after we post your final payment. <br> • If you satisfy the terms of this settlement offer, no further interest will be charged to you. | • Pay as little as $125.00 per month. <br> • First payment due no later than 02/25/2011 <br> • Your account will be considered "Paid in Full" once the account reaches a zero balance. |

*Get started and take advantage of one of these options to move you closer to debt reduction and less financial worry!*

Portfolio Recovery Associates purchased the account referenced above on 04/06/2006. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| Mail: | Call: | Online: |
|---|---|---|
| Mail all checks and payments to: <br><br> Portfolio Recovery Associates, LLC <br> P.O. Box 12914 <br> Norfolk, VA 23541 | Call Toll-Free at 1-800-772-1413 to discuss payment arrangements. Let us prove how committed we are to working with you! | Pay us online at: <br> www.portfoliorecovery.com |

*We are not obligated to renew this offer. Interest continues to accrue on this account until the account is satisfied, unless interest has been suspended. The above balance includes interest as of the date of this letter. You may contact us to obtain an exact payoff amount for a future date.*

**Hours of Operation (EST)** 730 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., 2 PM to 9 PM Sun.
**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502
**Disputes Correspondence Address:** 140 Corporate Boulevard, Norfolk, VA 23502 or E-mail: PRA-Disputes@portfoliorecovery.com
**Credit Card Payments** – Third party vendors may charge a transaction fee for processing payments made by credit card, however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

January 11, 2011     BALANCE: $4,153.69

## AFFORDABLE OPTIONS TO RESOLVE THIS ACCOUNT!

Sometimes difficult situations arise that can cause financial hardship. We want to help you resolve your account, and have developed three affordable options for you to pay off this account.

| Single Payment Option: | 6 Month Payment Plan: | Balance in Full Payment Plan: |
|---|---|---|
| • Take $1,658.69 off the balance<br>• Pay $2,495.00 no later than 02/25/2011<br>• Your account will be considered "Settled in Full" after we post your payment<br>• If you satisfy the terms of this settlement offer, no further interest will be charged to you | • Take $1,453.69 off the balance<br>• Pay over 6 equal monthly installments of $450.00<br>• First payment due no later than 02/25/2011<br>• Your account will be considered "Settled in Full" after we post your final payment<br>• If you satisfy the terms of this settlement offer, no further interest will be charged to you. | • Pay as little as $125.00 per month<br>• First payment due no later than 02/25/2011<br>• Your account will be considered "Paid in Full" once the account reaches a zero balance |

*Get started and take advantage of one of these options to move you closer to debt reduction and less financial worry!*

"SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS"

Dept 6541
PO Box 1259
Oaks, PA 19456

FIRST-CLASS MAIL
PRESORTED
US POSTAGE
PAID
PSC

A0056833-0010-2

MELINDA MASTEN
PO BOX 1128
HOOPA CA 95546-1128