1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  MELINDA MASTEN

6

7              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

9  MELINDA MASTEN,                    Case No.: **3:11-cv-01198-WHA**

10         Plaintiff,

11    vs.                             **NOTICE OF SETTLEMENT**

12 PORTFOLIO RECOVERY ASSOCIATES
   LLC,
13         Defendant.

14

15     NOW COMES the Plaintiff, MELINDA MASTEN, by and through the undersigned

16 counsel and hereby informs the court that a settlement of the present matter has been reached and

17 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

18 next 40 days.

19     Plaintiff therefore requests that this honorable court vacate all dates currently set on

20 calendar for the present matter.

21                         Respectfully Submitted,

22

23

24

25

- 1 -

Notice of Settlement

1   DATED: April 18, 2011            KROHN & MOSS, LTD.

3                                    By:/s/  Michael S. Agruss

4                                        Michael S. Agruss
                                         Attorney for Plaintiff

Notice of Settlement

## PROOF OF SERVICE

I, Nathan Adkins, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On April 18, 2011, I served the following documents:
**NOTICE OF SETTLEMENT**
On the parties listed below:

Portfolio Recovery Associates LLC
120 Corporate Blvd., Suite 1
Norfolk, VA 23502
arowberry@portfoliorecovery.com

By the following means of service:

[X] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[ ] **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the facsimile number listed above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on April 18, 2011, at Los Angeles, California.

By: _____
Nathan Adkins

- 1 -

PLAINTIFF'S FRCP 26(a)(1) Disclosures