**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELINDA MASTEN,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
                               /

No. C 11-01198 WHA

**ORDER REGARDING NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff's counsel for their notice of settlement, but cautions that all deadlines and dates remain in effect until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: April 19, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE