Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MELINDA MASTEN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELINDA MASTEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>  Defendant. | Case No.: **3:11-cv-01198-WHA**<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, MELINDA MASTEN, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 10, 2011                                    KROHN & MOSS, LTD.


                                                       By:/s/Michael S. Agruss

                                                       Michael S. Agruss
                                                       Attorney for Plaintiff,
                                                       MELINDA MASTEN

# PROOF OF SERVICE

I, Nathan Adkins, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On May 10, 2011, I served the following documents:
**VOLUNTARY DISMISSAL**
On the parties listed below:
**PORTFOLIO RECOVERY ASSOCIATES, LLC**
**120 Corporate Blvd., Suite 1**
**Norfolk, VA 23502**
**arowberry@portfoliorecovery.com**

By the following means of service:

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to
the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[ ]  **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the
facsimile number listed above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]  **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.
Executed on May 10, 2011, at Los Angeles, California.

By: _____
Nathan Adkins